UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-131 (PLF) |
| | : | |
| v. | : | |
| | : | |
| WALTER HILLIARD | : | |

### ORDER

Upon consideration of the Government's Motion to Impeach Defendant with his Prior Conviction, and the record herein, it is this _____ day of _____, 2006, hereby

ORDERED, that the Government's Motion be Granted.

_____
UNITED STATES DISTRICT JUDGE

copies to:

Denise M. Clark
Assistant U.S. Attorney
Federal Major Crime Section, Rm 4840
555 4th Street, N.W.
Washington, D.C. 20530

Tony Miles, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, Suite 550
Washington, D.C. 20001