UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA         ) | |
| ) | Crim. No.: 06-131 (PLF) |
| v.                                                            ) | |
| ) | |
| WALTER HILLIARD                              ) | |
| ) | |

NOTICE OF FILING

On July 17, 2006 the parties appeared before the Court for the defendant's Arraignment. The defendant's appearance in this jurisdiction was limited to July 17, 2006 pursuant to the restrictions of the Writ of Habeas Corpus Ad Prosequendum.

Before the Court, the parties requested that the period from July 17, 2006 through the second week in September 2006 be excluded from the seventy day (70) period within which Mr. Hilliard has to begin his trial.

The Court requested that undersigned counsel submit a proposed order regarding the foregoing request. Undersigned counsel, hereby submits the proposed order as requested by the Court.

Respectfully Submitted

_____/s/_____
Carlos J. Vanegas
Tony Miles
Assistant Federal Defender
625 Indiana Ave., NW
Washington, D.C. 2004