UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Crim. No.: 06-131 (PLF)** |
| v. ) | |
| **WALTER HILLIARD** ) | |

**ORDER**

Upon consideration of the parties motion to exclude time under the Speedy Trial Act and the representations forwarded on July 17, 2006 it is this,_____day of _____2006, it is hereby

**ORDERED** that the Motion is **GRANTED**;

In Support of this order, the Court makes the following findings;

That pursuant to 18 U.S.C. § 3161(h)(8)(A) and (8)(B)(iv) of the "Speedy Trial Act of 1974" the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial. The reasons for this finding is that the defendant is presently incarcerated in a State of Maryland Department of Correction facility and the defendant wants to explore resolving the case through a disposition.  Extensive travel will be required in order to properly advise and apprise the defendant of plea negotiations and other matters concerning his case.

Accordingly, it is ORDERED that, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (8)(B)(iv) of the "Speedy Trial Act of 1974",  the period from July 17, 2004 to September 18, 2006 shall be excluded from the time within which Mr. Hilliard's case must go to trial.

**SO ORDERED**

_____                                    _____
DATE                                            DEBORAH A. ROBINSON
                                                UNITED STATES MAGISTRATE JUDGE

Tony Miles
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Denise M. Clark
Assistant United States Attorney
United States Attorney's Office
555 4th St., NW
Washington, D.C.  2001