UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.: 06-131(PLF) |
| ) | |
| WALTER HILLIARD ) | |

### DEFENDANT'S MOTION FOR MISCELLANEOUS RELIEF

Defendant Walter Hilliard, through undersigned counsel, respectfully submits the following Motion for the Court to order the Probation Office to review and calculate Mr. Hilliard's Criminal History.

In Support of the Motion undersigned counsel states:

1.  Mr. Hilliard is before the Court charged in a one count indictment with Possession with Intent to Distribute Cocaine Base in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(iii).

2.  On September 8, 2006 Mr. Hilliard appeared before the Court for a Status Hearing. During the hearing undersigned counsel moved orally for the Court to order the Probation Office to review and calculate Mr. Hilliard's criminal history. The Court indicated that it would grant the request and sign an order to that effect.

Wherefore, undersigned counsel submits the attached ordered requesting the Court to order the Probation Office to calculate Mr. Hilliard's Criminal History Category and submit a report by October 5, 2006 in advance of the Status Conference scheduled for October 12, 2006.

                                              Respectfully submitted,

A.J. Kramer
Federal Public Defender


_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500