UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.: 06-131(PLF) |
| v. ) | |
| ) | |
| WALTER HILLIARD ) | |

**PROPOSED ORDER**

Upon consideration of the defendant's request for the Probation Office to calculate his Criminal History Category, it is hereby

ORDERED that defendant's motion is granted; and it is

FURTHER ORDERED that the Probation Office calculate defendant's, Walter Hilliard's, Criminal History Category and complete the report by Friday, October 6, 2006.

**SO ORDERED.**

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

_____
DATE

United States Probation Office
333 Constitution Ave, NW
Federal District Courthouse
Washington, DC 20001

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Denis Clark
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530