CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    )
                                 )
                                 )
        vs.             )    Criminal No.  06-131
                                 )

WALTER HILLIARD, III  )

WAIVER OF TRIAL BY JURY

    With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
                       Defendant

_____
           Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____
    Judge Paul L. Friedman
    United States District Court