UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 06-131 (PLF) |
| v : | |
| WALTER HILLIARD : | |

**FILED**
OCT 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on April 6, 2006 at approximately 4:10 p.m., the black two door Chevrolet, defendant Walter Hilliard was driving, collided with a red Toyota Sequoia. Metropolitan Police officers approached defendant's car. Defendant reached toward the floor board of the car. When officers looked into the area where defendant was reaching, they saw a 12 ounce bottle of Heineken beer, containing liquid that was consistent in color and odor with beer. Defendant, whose shirt was wet and smelled of beer, was asked to step out of the car. He was arrested for possession of an open container of alcohol. Defendant was then searched. In the front of defendant's pants, officers found (1) a large rock of crack cocaine, weighing 29.7 grams, wrapped in plastic; (2) a smaller ziplock bag containing a glass jar with approximately 10.1 milliliters of phencyclidine ("PCP") base in it; and (3) 200 ziplock bags containing a total of 26.4

1

grams of crack cocaine. The narcotics in this case were submitted to the laboratories of the Drug Enforcement Administration for analysis.

                              Respectfully submitted,

                              KENNETH L. WAINSTEIN
                              United States Attorney

Denise M. Clark
Assistant United States Attorney
555 4th Street, N.W.  #4840
Washington, DC 20530
Phone: 353-8213
Fax: 353-9414

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Carlos Vanegas, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 10/12/06         _____
                        Walter Hilliard
                        Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 10/12/06         _____
                        Carlos Vanegas
                        Attorney for Defendant