# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-131 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **WALTER HILLARD III,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

      The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Precious Murchison, at telephone number (202) 307-6080 and/or email address Precious.Murchison@usdoj.gov . Precious Murchison will substitute for Assistant United States Attorney Denise Clark as counsel for the United States.

      Respectfully submitted,

      JEFFREY A. TAYLOR
      United States Attorney

---

      PRECIOUS MURCHISON
      Assistant United States Attorney
      Federal Major Crimes Section,
      555 4th Street, NW,  Room 4840
      Washington, DC 20530
      (202) 307-6080
      Precious.Murchison@usdoj.gov