UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> WALTER HILLIARD ) | Criminal No.: 06-131(PLF) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO
FILE SENTENCING MEMORANDUM**

Undersigned counsel, on behalf of Defendant, Walter Hilliard, respectfully moves the Court to extend the Time in which to file his Sentencing Memorandum.

In support of this Motion, undersigned counsel states:

1. Mr. Hilliard is before the Court pending his Sentencing Hearing which has been rescheduled for January 16, 2007 at 2:30 p.m. On October 12, 2006 Mr. Hilliard entered a guilty plea to one count of Possession with Intent to Distribute Cocaine Base in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(iii). The Court scheduled the submission of the defendant's sentencing memorandum by January 2, 2007.

2. Undersigned counsel has been unable to meet the Court's deadline on account of work relating to another client's sentencing which has involved extensive research and travel to his place of detention in Orange, Virginia. Undersigned counsel also traveled to California for Christmas to visit family, so the delay has not been completely work related.

3. Undersigned counsel requests that the Court extend Mr. Hilliard' filing deadline to Tuesday, January 9, 2007. Counsel, apologizes to the Court and to Government Counsel for the

inconvenience occasioned by this request.

                                        Respectfully submitted,

                                        A.J. KRAMER
                                        FEDERAL PUBLIC DEFENDER

                                        _____/s/_____
                                        Carlos J. Vanegas
                                        Assistant Federal Public Defender
                                        625 Indiana Avenue, N.W.
                                        Washington, D.C. 20004
                                        (202) 208-7500