## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **Criminal  No.: 06-131(PLF)** |
| | ) |
| **WALTER HILLIARD** | ) |
| | ) |

## PROPOSED ORDER

Upon consideration of the Defendant's motion for Extension of his Filing Deadline to

submit his Sentencing Memorandum, it is hereby

**ORDERED** that Defendant's motion is granted; and it is

**FURTHER ORDERED** that the Defendant's Sentencing Memorandum shall be

submitted no later than January 9, 2007

**SO ORDERED**

_____

PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

_____

DATE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Precious Murchison
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

1