UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  06-131 (PLF) |
| | : | |
| v. | : | |
| | : | |
| WALTER HILLIARD | : | |

**MOTION FOR ENLARGEMENT OF TIME**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia moves this court pursuant to Fed. R. Crim. P. 45(b)(1)(A) for an enlargement of time in which to file its Response to Defendant's Sentencing Memorandum.  In support of this Motion, the Government submits the following:

1. On October 13, 2006, the Court ordered the Defendant to file his Sentencing Memorandum no later than January 2, 2007, and the Government to file its Response no later than January 8, 2007.

2. Thereafter, on November 7, 2006, the undersigned entered a Notice of Substitution of Counsel in this case.  On December 20, 2006, the Court rescheduled the sentencing hearing from January 12, 2007 to January 16, 2007, and the Defendant filed a Motion for Extension of Time to file his Sentencing Memorandum.  The Court has not yet ruled on the Defendant's Motion.

3. The Defendant has not yet filed his Sentencing Memorandum, and consequently, undersigned counsel has been unable to prepare the Government's responsive pleading by January 8, 2007.  Counsel has spoken to counsel for the Defendant, Carlos J. Vanegas, Esquire, and understands that the Defendant intends to file his Sentencing Memorandum no later than January 9, 2007, after which time the Government will be prepared to file its Response.  The Government's Response can be filed on or before the close of business on January 11, 2007.

5. Undersigned counsel is authorized to represent that defense counsel, Carlos J. Vanegas, Esquire, does not oppose this Motion.

WHEREFORE, for the reasons stated above, the Government respectfully requests that the Court enlarge the time within which the Government would otherwise be required to respond to the Defendant's Sentencing Memorandum.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
Precious Murchison
Assistant United States Attorney
Maryland Bar
555 4th Street, N.W.  #4840
Washington, DC 20530
202-307-6080
Precious.Murchison@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Carlos J. Vanegas, Esq., this 8th day of January, 2007.

_____
Precious Murchison
Assistant United States Attorney