UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-131 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **WALTER HILLIARD** | : | |

**<u>ORDER</u>**

      Upon consideration of the Government's Unopposed Motion for Enlargement of Time, and the record herein, it is this _____ day of _____, 2007, hereby

      ORDERED, that the Government's motion is GRANTED. The Government's Response to Defendant's Sentencing Memorandum is enlarged to _____, 2007.


_____                     _____
DATE                                             UNITED STATES DISTRICT JUDGE


copies to:

Precious Murchison
U.S. Attorney's Office
Room 4840
555 4th Street, NW
Washington, DC 20530

Carlos J. Vanegas, Esquire
Federal Public Defender
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004